AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
August 25, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: ___Fidel Morales___
DEPUTY

United States of America
v.
Victor Andres GUAPO

Case No. **EP:25-M-04699-MAT**

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __08/21/2025__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| (8b) CONSPIRACY TO TRANSPORT No Profit: 8:1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i) | knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others known and unknown, to commit offenses against the United States, namely: knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, did transport, move, and attempt to transport and move such alien within the United States by means of transportation and otherwise, in furtherance of said violation of law. |

☑ Continued on the attached sheet.

This criminal complaint is based on these facts:

**Complaint sworn to telephonically on** __August 25, 2025__ **at** __02:00 PM__ **and signed electronically. FED.R.CRIM.P. 4.1(b)(2)(A)**

*Complainant's signature*

Maria I Parga Davis, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __08/25/2025__

*Judge's signature*

City and state: __El Paso, Texas__   Miguel A. Torres U.S. Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Victor Andres GUAPO

PEPT# PEPT250801511

08/25/2025

FACTS    (CONTINUED)

Criminal History:
02/20/2020, United States District Court Western District of Texas, 8 USC 1324 (a)(1)(A) (ii) (F), CNV, 18 Months Imprisonment / 3 yr. supervised released .

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Victor Andres GUAPO

PEPT# PEPT250801511

08/25/2025

FACTS     (CONTINUED)

On August 21, 2025, Ysleta Border Patrol Station Agents working in plain-clothes capacity assisted with the search of an illegal alien that was attempting to evade apprehension approximately 75 yards north of the U.S. / Mexico border K-2 fence. Agents were able to locate the illegal alien at the intersection of Petuna Drive and Valle Poland Drive in San Elizairo, Texas. Agents apprehended the illegal alien and received consent to utilize his cellphone.

BPA posing as an illegal alien, was able to coordinate a pick-up with the smuggler, via text messages. The smuggler instructed the BPA, who was posing, as an illegal alien that an Uber Driver would pick him up and once dropped off, a red Nissan Titan truck with distinct black rims and large tires would pick him up from the drop off location. When the Uber Driver arrived at the location to pick up the illegal alien. BPAs interviewed the Uber driver of who agreed to drive to the drop off location. The Uber driver provided the drop off address as the 14000 block of Montana Avenue in El Paso, Texas. BPAs followed the Uber Driver in unmarked vehicles to the drop off destination.

Agents received a voice message stating the truck was waiting. The same truck that appeared in the contacts' profile picture was observed in the immediate area however when the driver of the truck noticed the undercover BPA approached the truck, he abruptly sped away from the area. BPAs conducted an investigatory stop at the 13900 block of Montana Avenue in El Paso, Texas in the Western District of Texas. BPAs approached the driver and identified themselves as US Border Patrol Agents and explained to the driver that he was being detained for his possible involvement in an alien smuggling scheme, The driver of the red Nissan Titan truck   later identified as GUAPO Victor Andres (herein reflected as the DEFENDANT) a US Citizen was transported to the Clint Border Patrol Station for further investigation.

Once at the station, the DEFENDANT was presented with his Miranda Rights contained in Form I-214 which the DEFENDANT acknowledged he understood by signing the form. The DEFENDANT was willing to provide a post Miranda statement. The DEFENDANT stated he entered into an agreement with a known smuggler to transport illegal aliens in the United States. The DEFENDANT admitted that he knew that the individual he was to pick up was an illegal alien. The DEFENDANT admitted that he would be paid $1,500.00 USD to transport the illegal alien to his residence for a few hours until the illegal alien was to be handed off to another driver. The DEFENDANDT allowed BPA to view and take pictures of some of the WhatsApp message exchanges between him and the illegal alien.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
None Found